# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DEMARCUS THOMAS,** | ) |
| | ) |
| | ) **Civil Action No:** |
| Plaintiff, | ) **1:15-cv-04224-SCJ** |
| | ) |
| v. | ) |
| | ) |
| **BRINK'S INCORPORATED,** | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion to Approve Settlement and Dismissal with Prejudice. For good cause shown, it is hereby ORDERED that the settlement of this matter is approved and the above matter is dismissed with prejudice.

SO ORDERED, this 18th day of November , 2016.

                                       s/Steve C. Jones
                                       HONORABLE STEVE C. JONES
                                       UNITED STATES DISTRICT JUDGE